UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

TERRELL SUGGS (#457710)

CIVIL ACTION

VERSUS

NUMBER 12-668-BAJ-SCR

IVY MILLER, ET AL

**RULING AND
ORDER OF DISMISSAL**

The Court has carefully considered the complaint, the record, the law applicable to this action, and the Report and Recommendation of United States Magistrate Judge Stephen C. Riedlinger dated February 25, 2013 (doc. no. 10) to which no objection has been filed.

The Court hereby approves the report and recommendation of the magistrate judge and adopts it as the Court's opinion herein.

Accordingly, plaintiff's claims are dismissed frivolous pursuant to 28 U.S.C. § 1915(e)(2)(B)(i), and without prejudice to any state law claims the plaintiff may have.

Baton Rouge, Louisiana, April 30, 2013.

_____
BRIAN A. JACKSON, CHIEF JUDGE
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA